April 25, 2026

U.S. District Court
Clerk of the Court's Office
PO BOX 2797
Camden, NJ 08101-9950

RECEIVED

APR 27 2026

CASE NUMBER: 1:26-cv-03401-RMB-EAP

RECEIVED

Dear Clerk of the Court:

APR 27 2026

AMENDED COMPLAINT

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

1. This Court has jurisdiction under 28 U.S.C. § 1331.
2. For approximately nine months, defendants — the United States Air Force, United States Space Force, Elon Musk, and SpaceX — subjected plaintiff to directed energy weapon attacks and mind control, causing severe physical injuries including a damaged urethra and damaged ankle.
3. Defendants also issued repeated death threats against plaintiff, creating constant terror.
4. These actions violated plaintiff's rights under the Fifth Amendment.
WHEREFORE, plaintiff demands compensatory and punitive damages.

Sincerely:

Pro Se Litigant:
Marie Zere
4 Salt Box Court
Smithtown, New York 11787
Mobile: 516-983-9700
Email: mariezere@gmail.com



**zere**
real estate services, inc.
w w w . z e r e . c o m

Ms. Marie A. Zere
4 Salt Box Ct.
Smithtown, NY 11787-2218



CERTIFIED MAIL

9589 0710 5270 3753 9703 37



Retail

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SMITHTOWN, NY 11787
APR 25, 2026

08101

**$10.48**

S2324M500184-14

RECEIVED

APR 27 2026

M
COURT - DNJ

X-RAYED

*U. S. District Court*
*Clerk of the Courts Office*
*P. O. Box 2797*
*Camden, N.J.*
*08101-9950*

0810132797 B030